IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LESIA SANDERS | ) |
| | ) |
| v. | ) NO. 3-13-0157 |
| | ) JUDGE CAMPBELL |
| WHITES CREEK HEALTHCARE, LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 19).

For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE